IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DAVID M. COX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 11-CV-0283-W-FJG-SSA |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, Social Security ) | |
| Administration ) | |
| ) | |
| Defendant. ) | |

# ORDER

Currently pending before the Court is plaintiff's Application for Attorney Fees Pursuant to The Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. # 14). Plaintiff had initially requested fees in an amount of $5,012.36, representing 29 hours of attorney time at $172.84 per hour. However, after discussion, the parties have agreed to award of attorney fees in the amount of $4,800.00. The Government notes that pursuant to Astrue v. Ratliff, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the EAJA fee is subject to offset to satisfy any pre-existing debt plaintiff may owe to the United States.

Accordingly, it is hereby **ORDERED** that plaintiff's application for attorney fees is **GRANTED,** and plaintiff shall be awarded payment of $4,800.00 in attorney fees to be paid by the Social Security Administration.

Date: 4/2/2012
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge